UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

U.S. SPECIALTY INSURANCE
COMPANY,

    Plaintiff,                                              Case No. 3:23-cv-367

vs.

PERFORMANCE SITE                     District Judge Michael J. Newman
DEVELOPMENT, LLC, *et al.*,

    Defendants.

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that any of the parties may, upon good cause shown within **ninety-five (95) days**, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

March 13, 2025                                                  s/*Michael J. Newman*
                                                                          Hon. Michael J. Newman
                                                                          United States District Judge